KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile:  (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     *E-FILED - 8/4/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00390 RMW |
|         Plaintiff, ) | |
|   v.                    ) | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| ROBERT PAINTER, ) | |
|         Defendant. ) | |

      This matter came before the Court for a status conference on July 11, 2005. Counsel for the government and the defendant were present. Based on the colloquy at the hearing, the Court rules as follows:

      IT IS HEREBY ORDERED that the case is continued to August 29, 2005 at 9:00 a.m. for status and the setting of dates for pre-trial motions.

      IT IS FURTHER ORDERED that the period of time from July 11, 2005 through and including August 29, 2005 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(1)(F) and Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this continuance

1  outweigh the best interests of the public and the defendant in a speedy trial for the following
2  reasons:
3        The defendant has recently received the discovery in this matter and has indicated an
4  intention to file pre-trial motions.  Defense counsel will need time to research potential motions,
5  however she is on trial on another matter for several weeks in August.  The additional time is
6  needed for effective preparation of counsel in this matter.
7        For the foregoing reasons, the Court finds that the interests of justice in granting this
8  continuance outweigh the defendant's and the public's interests in a speedy trial.
9        Dated this __4__ day of August 2005.

                                /s/ Ronald M. Whyte
                              RONALD M. WHYTE
                              United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
280 South First Street, Room 371
San Jose, CA 95113

MAUREEN BALDWIN, ESQ.
586 North First Street
Suite 102
San Jose, CA 95112