PROPOSED ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| TO: | Honorable Richard Seeborg<br>U.S. Magistrate Judge | **FILED** | RE: | Robert Painter |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | SEP 2 3 2005<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE | DOCKET NO.: | CR 05-00390 RMW |
| DATE: | September 21, 2005 | | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony R. Granados                                    415-436-7520
U.S. Pretrial Services Officer                         TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

    Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

**X**   Modification(s)

**A. The defendant shall submit to Global Positioning Satellite (GPS) monitoring and contribute to its cost as directed by Pretrial Services**

B.

Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_____

_____


_____                      _9/22/05_____
**JUDICIAL OFFICER**                                 DATE

Cover Sheet (12/03/02)