KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SHAWNA YEN (CSNB 224447)
Assistant U.S. Attorney

 150 Almaden Boulevard, Suite 900
 San Jose, CA, 95113
 Telephone: 408-535-5054
  Facsimile: 408-535-5066

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 12/9/05*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT CHARLES ARTHUR PAINTER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CR 05-00390

ORDER CONTINUING CASE AND
EXCLUDING TIME UNDER THE
SPEEDY TRIAL ACT, 18 U.S.C. § 3161

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>GREG ALAN PENNINGTON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CR 05-00391

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GAVIN DRU BROWN,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CR-05-00392

ORDER EXCLUDING TIME
U.S. v. PAINTER et al.

1

2   UNITED STATES OF AMERICA,             )
                          Plaintiff,      )        CR-05-00393
3                                         )
                    v.                    )
4                                         )
    KEVIN ING,                            )
5                                         )
                          Defendant.      )
6   _____ )

7       These related cases came before the Court for a status conference on Monday, December 5,

8   2005.  Counsel for the government and the defendants were present.  Based on the colloquy at

9   the hearing, the Court rules as follows:

10      IT IS HEREBY ORDERED that the case is continued to March 20, 2006 at 9:00 a.m. for

11  a status conference.

12      IT IS FURTHER ORDERED that the period of time from December 5, 2005  through

13  and including March 20, 2006 shall be excluded from the period of time within which trial must

14  commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United

15  States Code, Section 3161(h)(1)(F) and Section 3161(h)(8)(A), considering the factors set forth

16  in Section 3161(h)(8)(B).  The Court finds that the ends of justice served by this continuance

17  outweigh the best interests of the public and the defendant in a speedy trial for the following

18  reasons:

19      The parties have entered into a protective order for the exchange of the computer

20  evidence in this case.   The additional time is needed for the government to copy and provide the

21  computer evidence to each of the defendants, and for the defendants to evaluate the computer

22  evidence.  The parties will also require additional time to discuss potential dispositions of these

23  cases.  Therefore, the additional time is required for the effective preparation of counsel.

24      For the foregoing reasons, the Court finds that the interests of justice in granting this

25  continuance outweigh the defendant's and the public's interests in a speedy trial.

26      Dated this __9__ day of December, 2005.

27

28                              ___/S/ RONALD M. WHYTE_____
                                UNITED STATES DISTRICT JUDGE

    ORDER EXCLUDING TIME
    U.S. v. PAINTER et al.

1

2

3

4

Copies to be served on:

5

SHAWNA YEN
Assistant U.S. Attorney

6

150 Almaden Boulevard, Suite 900
San Jose, CA 95113

7

MARK EIBERT, ESQ.

8

Counsel for Gavin Dru Brown
Post Office Box 1126
Half Moon Bay, CA 94019

9

MAUREEN BALDWIN, ESQ.

10

Counsel for Robert Painter
586 North First Street

11

Suite 102
San Jose, CA 95112

12

13

THOMAS J. FERRITO, ESQ.
Counsel for Greg Pennington

14

One Hundred One Church Street, Suite 14
Post Office Box 215
Los Gatos, CA 95032

15

16

JAMES MCNAIR THOMPSON, ESQ.
Counsel for Kevin Ing

17

P.O. Box 636
Los Gatos, CA 95031

18

19

20

21

22

23

24

25

26

27

28

ORDER EXCLUDING TIME
U.S. v. PAINTER et al.