MAUREEN FURLONG BALDWIN, SBN 98179
586 N. First Street, Suite 102
San Jose, CA 95112
Telephone (408) 279-4450

Attorney for Defendant
ROBERT CHARLES ARTHUR PAINTER

FILED
DEC 16 2005
RICHARD
CLERK, U.S. DIS
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
DEC 15 2005
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00390 RMW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER REGARDING MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| ROBERT CHARLES ARTHUR PAINTER, | |
| Defendant. | |

It is stipulated between the parties through counsel that the pretrial release order be amended as follows:

1. That defendant be permitted to accompany his parents to their retirement home located at 5116 Cold Springs Drive, Forest Hill, CA 95631 for a Christmas visit from December 22 to December 28, 2005. He will be accompanied by his parents or siblings for the drive. His mother and guardian will be residing at the home during the entire period of time that defendant is there and will accompany him on all outings, which include church services, visiting relatives and a housebound

1

1  family friend in Diamond Springs, CA. No minor children
2  will be present at the family home or the home of family
3  friends or relatives.
4  2. Defendant will also be permitted to attend college
5  classes at DeAnza College and may use a computer for
6  same if he is at all times personally supervised in the
7  computer use and if the computer has no internet access.
8
9  These amendments have been stipulated between the Assistant U.S.
10 Attorney representing the United States of America, Shawna Yen,
11 and attorney for defendant, Maureen Baldwin.

*[signature]*

SHAWNA YEN

*[signature]*

MAUREEN BALDWIN

Good cause having been demonstrated and based the stipulation of the parties, IT IS SO ORDERED that the above modifications are hereby made to the pretrial release order.

December 16, 2005

*[signature]*

HONORABLE RICHARD SEEBORG
U.S. Magistrate Judge

2