MAUREEN FURLONG BALDWIN, SBN 98179
586 N. First Street, Suite 102
San Jose, CA 95112
Telephone (408) 279-4450

Attorney for Defendant
ROBERT CHARLES ARTHUR PAINTER

FILED
MAY 30 2006
CLERK
NORTHERN DISTRICT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CHARLES ARTHUR PAINTER,<br><br>Defendant. | No. CR 05-00390 RMW<br><br>MOTION AND REQUEST REGARDING MODIFICATION OF PRETRIAL RELEASE CONDITIONS<br>~~& PROPOSED~~ ORDER |

To the U.S attorney, Office of Pretrial Services, and the clerk of the court:

Notice is hereby given that on May 30, 2006 at 11:00AM before the honorable Richard Seeborg, Magistrate Judge, defendant will move this court for an order modifying his current pretrial release order as follows:

1) That defendant, currently on house arrest supervised by the Office of Pretrial Services, be permitted to accompany his parents to their retirement home located at 5116 Cold Springs Drive, Forest Hill, CA 95631 for a visit from June 8 through 12, 2006 to visit with

1

extended family. No minor children will be present at the family home or the home of family friends or relatives.

2) That the current order be modified to allow defendant to leave his house with the GPS phone in his possession for classes, errands, and business as well as social events without the supervision of his mother upon leaving a message regarding his destination and location with his pretrial services officer. That defendant will have no contact with minors while he is away from the home, other than the casual contact of passing them in a bublic place. Further that defendant will be prohibited from going to places where minors are most likely to frequent, such as video arcades, high school or elementary school events, and public pools, mall stores catering specifically to teenagers in their merchandise.

This motion is brought upon the grounds that defendant has successfully complied with all conditions for approximately 10 months, that defendant has settled his case with a cooperating plea but will not be sentenced until October 2, 2006, and that defendant has a developmental and behavioral disability which he has been addressing in therapy since October, 2004. Since defendant's disability(Asperger's Syndrome, a form of autism) causes him to isolate and be uncomfortable with normal

socialization, his therapists have been encouraging him to go out in public without his mother, for therapeutic purposes. The current order makes this very difficult, despite his pretrial officer's attempts to be as flexible as possible within the boundary of the present order.

This motion is brought upon this notice, as well as any evidence that may be introduced at the hearing of this matter.

Dated: May 26, 2006                    _____

ORDER

Good cause having been demonstrated and based the stipulation of the parties, IT IS SO ORDERED that the above modifications are hereby made to the pretrial release order.

May 30, 2006                           _____
                                       Honorable RICHARD SEEBORG
                                       U.S. District Court