MAUREEN FURLONG BALDWIN, SBN 98179
586 N. First Street, Suite 102
San Jose, CA 95112
Telephone (408) 279-4450

Attorney for Defendant
ROBERT CHARLES ARTHUR PAINTER

**FILED**

JUN 15 2006

RICHARD
CLERK
NORTHERN DISTRICT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROBERT CHARLES ARTHUR PAINTER, <br> Defendant. | No. CR 05-00390 RMW <br><br> STIPULATION AND ORDER REGARDING CHANGE OF SENTENCING DATE |

Defendant entered a cooperating plea in the above matter. Although he has been interviewed and would otherwise be ready for sentencing, if defendant were to be sentenced as scheduled, he may not receive all his Rule 35 credit to which he will be entitled once the associated matter is either settled or tried. Therefore defendant seeks a continuance which is not opposed by the government. Defendant seeks a date in October in an effort to allow the other matter enough time to settle.

///

Additionally, defendant's attorney has another complicated trial in state court which is anticipated to begin in August and requires time-consuming preparation. It is stipulated between the parties through counsel that the

1

sentencing date of June 19, 2006 be changed to a new sentencing date of October 10, 2006.

Dated:

MAUREEN BALDWIN, attorney
For defendant

Dated:

SHAUNA YEN, U.S. Attorney

## ORDER

Good cause having been demonstrated and based the stipulation of the parties, IT IS ORDERED that the sentencing date be changed to October 10, 2006 and the date of June 19, 2006 is vacated.

Dated: 6/15/06

HONORABLE RONALD M. WHYTE
U.S. District Court

2