KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

   150 Almaden Boulevard, Room 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Fax: (408) 535-5066
   Email:  shawna.yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION      *E-FILED - 10/17/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00390 RMW |
|       Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING AND |
| v. ) | [] ORDER |
| ROBERT PAINTER, ) | |
|       Defendant. ) | |

    It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant ROBERT PAINTER, Maureen Baldwin, Esq., that the date set for the sentencing hearing in this case be continued from October 19, 2006 at 2:00 p.m. to January 29, 2007 at 9:00 a.m.

   This continuance is necessary because Mr. Painter is a cooperating witness in the related case of <u>United States v. Edward Harvey</u>, CR 05-00373 RMW.   The parties in the <u>Harvey</u> case, are currently briefing a number of pretrial motions, and a trial date has not yet been set.

   Because Mr. Painter's sentence would be affected by any 5K1.1 motion filed by the United States, and because the extent of Mr. Painter's cooperation for purposes of obtaining 5K1.1

1 credit cannot be determined until the <u>Harvey</u> matter is fully resolved, the parties ask that the
2 sentencing of Mr. Painter be continued until after the <u>Harvey</u> matter is concluded.  Because
3 pretrial motions are still being briefed, and trial dates have not yet been set in the <u>Harvey</u> matter,
4 that case is unlikely to proceed to trial any earlier than December 2006 or January 2007.
5   Accordingly, the parties request that the sentencing hearing for Mr. Painter be continued to
6 January 29, 2007 at 9:00 a.m.

8   Dated this _6___ day of October, 2006.

10   _____/S/_____
   SHAWNA YEN
11   Assistant U.S. Attorney

12   Dated this _6___ day of October, 2006.

14   _____/S/_____
   MAUREEN BALDWIN
15   Attorney for Defendant Robert Painter

2

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the sentencing hearing in this case be continued from October 19, 2006 at 2:00 p.m. to January 29, 2007 at 9:00 a.m.

Dated this  17  day of October, 2006.

        /s/ Ronald M. Whyte
        RONALD M. WHYTE
        United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

MAUREEN BALDWIN, ESQ.
586 North First Street, Suite 102
San Jose, CA 95112

KAREN MARR,
United States Probation Officer
1301 Clay Street, Suite 220-S
Oakland, CA 94612