```
1  MAUREEN FURLONG BALDWIN, SBN 98179
   586 N. First Street, Suite 102
2  San Jose, CA 95112
   Telephone (408) 279-4450
3
   Attorney for Defendant
4  ROBERT CHARLES ARTHUR PAINTER
```




UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05-00390 RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER REGARDING |
|  | ) MODIFICATION OF PRETRIAL |
|  | ) RELEASE CONDITIONS |
| ROBERT CHARLES ARTHUR PAINTER, | ) |
| Defendant. | ) |

It is stipulated between the parties through counsel that the pretrial release order be amended as follows:

1. That defendant be permitted to accompany his family for holiday travel to Forest Hill, Placerville, and Paradise, CA to family homes from December 20 to December 28, 2006. Defendant's pretrial release officer, Anthony Granados, has been notified of defendant's proposed travel schedule and I am informed he is not opposed to travel outside the Northern District upon prior notification and approval by him

1  These amendments have been stipulated between the Assistant U.S.
2  Attorney representing the United States of America, Shawna Yen, and attorney for defendant, Maureen Baldwin.
3  /Shawna Yen
4  SHAWNA YEN
5
6  /Maureen Baldwin
7  MAUREEN BALDWIN
8
9  Good cause having been demonstrated and based the stipulation of the parties, IT IS SO ORDERED that the above
10  modifications are hereby made to the pretrial release order.
11
12  December 19, 2006
13                                         HONORABLE RICHARD SEEBORG
14                                         U.S. Magistrate Judge