

FILED
APR - 3 2007
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  MAUREEN FURLONG BALDWIN, SBN 98179
   586 N. First Street, Suite 102
2  San Jose, CA 95112
   Telephone (408) 279-4450
3
   Attorney for Defendant
4  ROBERT CHARLES ARTHUR PAINTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05-00390 RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER REGARDING MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| ROBERT CHARLES ARTHUR PAINTER, | ) |
| Defendant. | ) |

It is stipulated between the parties through counsel that the pretrial release order be amended as follows:

1. That defendant be permitted to travel outside the Northern District to the Eastern District of California upon prior approval by Pretrial Services.

These amendments have been stipulated between the Assistant U.S. Attorney representing the United States of America, Shawna Yen, and attorney for defendant, Maureen Baldwin.

_____
SHAWNA YEN

_____
MAUREEN BALDWIN

1

1  Good cause having been demonstrated and based the
2  stipulation of the parties, IT IS SO ORDERED that the above
3  modifications are hereby made to the pretrial release order.
4  April 3, ~~March 15,~~ 2007 RS

   HONORABLE RICHARD SEEBORG
   U.S. Magistrate Judge