```
MAUREEN FURLONG BALDWIN, SBN 98179
Attorney at Law
255 North Market St. Suite 170
San Jose, CA 95110
Telephone (408) 279-4450

Attorney for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        ***E-FILED - 7/26/07***

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. CR 05-00390 RMW |
| v. ) | |
| ) | **STIPULATION FOR CONTINUANCE FOR SENTENCING** *AND ORDER* |
| ROBERT CHARLES ARTHUR PAINTER, ) | |
| Defendant. ) | |

Because of calendar problems with a witness for the defense, and a trial date for the attorney for defendant, it is stipulated through counsel and requested of the court that the sentencing in this matter, currently set for July 30, 2007 be continued to August 27, 2007 at 9:00 AM before the Honorable Ronald Whyte, District Judge.

Dated: _____

SHAWNA YEN, ASSISTANT. U.S. ATTORNEY

Dated: June 21, 2007 _____

MAUREEN BALDWIN, ATTORNEY FOR DEFENDANT

Good cause appearing therefore it is ordered that the sentencing in the above-entitled matter be re-set to August 29, 2007.

Dated: 7/26/07        *Ronald M. Whyte*

HONORABLE RONALD WHYTE, DISTRICT JUDGE

1