```
 1  MAUREEN FURLONG BALDWIN, SBN 98179
    Attorney at Law
 2  255 North Market St. Suite 170
    San Jose, CA 95110
 3  Telephone (408) 279-4450

 4  Attorney for Defendant
```

RECEIVED
2007 SEP 28 AM 11:08
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST OF CA. S.J.

FILED
OCT - 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,　)
　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　)   No. CR 05-00390 RMW
　　　　　　　　　　　　　　　)
　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)   STIPULATION
ROBERT CHARLES ARTHUR PAINTER,)
　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　)

It is hereby stipulated between the attorney for the United States and the attorney for defendant that the currently set sentencing date of October 1, 2007 to October 9, 2007. This continuance is required by the need of defendant Painter to respond to the briefing of the United States, filed today around noon. Attorney for Mr. Painter has insufficient time to respond to the briefing of the prosecutor without the one week continuance.

Dated: September 27, 2007

_____
MAUREEN BALDWIN, attorney for
ROBERT PAINTER

Dated: September 28, 2007

_____
SHAWNA YEN, AUSA, attorney for
UNITED STATES

Approved, Dated: ~~September~~ OCTOBER 4, 2007

_____
HONORABLE RONALD M. WHYTE