1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  SHAWNA YEN (CASBN 224447)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Room 900
6      San Jose, California 95113
       Telephone: (408) 535-5054
7      Fax: (408) 535-5066

8  Attorneys for Plaintiff

                                                            *E-FILED - 11/14/07*
9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                              SAN JOSE DIVISION
12 UNITED STATES OF AMERICA,          )   CR 05-00390 RMW
13                                    )
              Plaintiff,              )   STIPULATION TO APPLY FUNDS
14                                    )   TOWARD FINE
      v.                              )   AND ORDER
15                                    )
   ROBERT PAINTER,                    )
16                                    )
              Defendant.              )
17 _____)

18
       It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S.
19
   Attorney Shawna Yen, and counsel for the Defendant ROBERT PAINTER, Maureen Baldwin,
20
   Esq., that the $100 that the defendant used in the commission of the offense of conviction, which
21
   funds are currently in the possession of the U.S. Postal Inspection Service, shall be applied
22
   toward the $10,000 fine that was imposed by the Court as part of the sentence in this case.
23
   Dated this _9th_ day of November, 2007.
24
                                              _____/S/_____
25                                            SHAWNA YEN
                                              Assistant U.S. Attorney
26 Dated this _9th_ day of November, 2007.
                                              _____/S/_____
27                                            MAUREEN BALDWIN
                                              Attorney for Defendant Robert Painter
28 CC: Finance

1     GOOD CAUSE APPEARING,

2     IT IS ORDERED that the $100 that the defendant used in the commission of the offense of conviction, which funds are currently in the possession of the United States Postal Inspection Service, shall be applied toward the $10,000 fine that was imposed by the Court as part of the sentence in this case.

    Dated this __14__ day of November, 2007.

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

MAUREEN BALDWIN, ESQ.
586 North First Street, Suite 102
San Jose, CA 95112

2